Honorable James L. Robart
Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSUE PADILLA LOPEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>CHAD WOLF, Acting Secretary of the United States Department of Homeland Security; et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-2003-JLR-MLP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS**<br><br>Noted for Consideration:<br>January 17, 2020 |

**JOINT STIPULATION**

On December 9, 2019, this Court entered a temporary restraining order enjoining Mr. Padilla Lopez's removal from the United States. Dkt. 8. Since the filing of Mr. Padilla Lopez's petition for a writ of habeas corpus and the Court's order, U.S. Immigration and Customs Enforcement agreed not to oppose the reopening of Mr. Padilla Lopez's removal case in light of United States Citizenship and Immigration Services' decision to grant his application for Special Immigrant Juvenile Status (SIJS). On January 13, 2020, the Board of Immigration Appeals reopened Mr. Padilla Lopez's case. As a result, Mr. Padilla Lopez no longer has a final order of removal and does not face immediate removal absent an order from this Court. The parties therefore stipulate and agree that this matter is now moot and may be dismissed with prejudice and without costs or fees to either party.

STIP. MOT. & [PROPOSED]
ORDER TO DISMISS – 1
Case No. 2:19-cv-2003

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

Respectfully submitted this 17th day of January, 2020.

s/ Matt Adams
Matt Adams, WSBA No. 28287
Email: matt@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
Email: aaron@nwirp.org

Northwest Immigrant Rights Project
615 Second Ave., Ste 400
Seattle, WA 98104
(206) 957-8611

*Attorneys for Petitioner*

s/ Michelle Lambert
Michelle Lambert, NY# 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Respondents*

STIP. MOT. & [PROPOSED]
ORDER TO DISMISS – 2
Case No. 2:19-cv-2003

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611

**ORDER**

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss. It is HEREBY ORDERED as follows:

The Parties' motion is GRANTED. This matter is dismissed with prejudice as set forth above without costs or fees to either party. The Clerk of Court may close the case.

DATED this 17th day of January, 2020

James L. Robart
United States District Judge

Recommended for entry this ____ day of _____, 2020.

_____
Michelle L. Peterson
United States Magistrate Judge

STIP. MOT. & [PROPOSED]
ORDER TO DISMISS – 3
Case No. 2:19-cv-2003

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Tel. (206) 957-8611